IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSEY TURK<br><br>Plaintiff,<br><br>v.<br><br>RAY SKILLMAN GMC TRUCK, INC.<br><br>Defendant, | Case No.: 1:20-cv-156-JRS-DLP |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Plaintiff, Cassey Turk, by counsel, submit her preliminary witness and exhibit lists as follows:

**Preliminary Witness List**

1. Plaintiff, Cassey Turk;
2. Chris Fisher;
3. Michael Dine;
4. JB Paxson;
5. Katie Paxson;
6. Alex Evans;
7. Garth Wright;
8. Cory Delp;
9. Brian Turk;
10. Any individual listed on Defendant's Initial Disclosures;
11. Any expert witnesses identified by any party;
12. Any individual listed on Defendant's Witness List;
13. Custodians and other persons necessary to establish the admissibility of exhibits;

14. Additional persons that may be identified as discovery progresses in this matter;
15. All previous and current employees of the defendant; and
16. Witnesses called for impeachment or rebuttal, in accordance with the Federal Rules of Civil Procedure.

Plaintiff reserves the right to add, delete, or otherwise amend the foregoing lists of witnesses both during and after discovery.

**Preliminary Exhibit List**

1. All pleadings filed in the United States District, Southern District of Indiana, Indianapolis Division, Cause No.: 1:20-cv-156-JRS-DLP;
2. All documents and correspondence related to Plaintiff's EEOC under Charge No.: 470-2020-00060;
3. Electronic Communications;
4. Screenshots of text messages;
5. Written note to client with derogatory remarks;
6. All documents produced in response to Defendant's First Request for Production;
7. Plaintiff's Light Duty Assignment;
8. All documents obtained through non-party subpoena;
9. All documents disclosed or produced in discovery;
10. All deposition transcripts, exhibits and CV's of any expert witness;
11. All deposition exhibits;
12. All documents listed on Defendant's Initial Disclosures;
13. All documents listed on Defendant's Exhibits List;
14. All documents necessary for rebuttal and/or impeachment purposes;

Plaintiff reserves the right to add, delete, or otherwise amend the foregoing list both during and after discovery.

Respectfully submitted,

HENN HAWORTH CUMMINGS + PAGE

/s/*Paul J. Cummings*
Paul J. Cummings

*Counsel for Plaintiff, Cassey Turk*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Scott James Preston
Tiaundra M. Foster
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Scott.Preston@ogletreedeakins.com
Tiaundra.foster@ogletreedeakins.com

/s/*Paul J. Cummings*
Paul J. Cummings

*Counsel for Plaintiff, Cassey Turk*