UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CASSEY TURK,<br><br>Plaintiff,<br><br>vs.<br><br>RAY SKILLMAN GMC TRUCK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:20-cv-156-JRS-DLP |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to the Case Management Plan, Defendant, Ray Skillman GMC Truck, Inc., submits this preliminary witness and exhibit list as follows:

1. Defendant anticipates that it may call the following witnesses to testify on its behalf at trial:

a. Cassey Turk, Plaintiff;

b. Cory Delp;

c. J.B. Paxson;

d. Garth Wright;

e. Mike Dine;

f. Katie Paxson;

g. Any witnesses listed on Plaintiff's Preliminary Witness List;

h. Any witnesses identified in discovery; and

i. Any witnesses necessary for impeachment or rebuttal.

2. Defendant also anticipates it may use the following documents and tangible things at trial:

a. Plaintiff's personnel file, wage records, bonus records, and any other employment-related documents maintained by Defendant with respect to Plaintiff;

b. Documents related to complaints made by Plaintiff;

c. Documents related to Plaintiff's relationship with J.B. Paxson;

d. Documents related to Plaintiff's relationship with Alex Krupa;

e. Documents related to Plaintiff's resignation of employment;

f. Document obtained in discovery, including any third-party discovery requests;

g. All other documents identified by Plaintiff in her initial disclosures

h. Documents obtained in discovery, including any third-party discovery requests;

i. Any admissible exhibits listed on Plaintiff's Preliminary List of Exhibits; and

j. Any exhibits necessary for impeachment or rebuttal.

Because discovery is continuing, Defendant expressly reserves the right to amend or augment this list during the course of this litigation as necessary.

Respectfully submitted,

/s/ *Scott James Preston*

Scott James Preston, Attorney No. 25436-49
Tiaundra M. Foster, Attorney No. 34032-53
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Facsimile: (317) 916-9076
Telephone: (317) 916-2117
*scott.preston@ogletreedeakins.com*
*tiaundra.foster@ogletreedeakins.com*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 29, 2020, a true and accurate copy of the foregoing *Defendant's Preliminary Witness and Exhibit Lists* was filed electronically with the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul J. Cummings
HENN Paul J. Cummings
HENN HAWORTH CUMMINGS & PAGE
1634 West Smith Valley Road, Suite B
Greenwood, IN 46142
*Paul.Cummings@HHCFirm.com*

s/ *Scott James Preston*

Scott James Preston, Esq.
Tiaundra M. Foster, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Facsimile: (317) 916-9076
Telephone: (317) 916-2117
*scott.preston@ogletreedeakins.com*
*tiaundra.foster@ogletreedeakins.com*

42961223.1